**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES DANIEL GLENN WALTON**                                    **PLAINTIFF**

**v.**                          **Case No. 1:14-cv-00057-KGB-JTK**

**SWAIN,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice for failure to prosecute. The relief sought is denied.

SO ADJUDGED this the 14th day of July, 2014.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE